IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT P. DUCKWORTH, | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-2064 |
| | : | |
| THE STATE BOARD of ELECTIONS, | : | |
| JOHN WILLIS, SECRETARY of | : | |
| STATE, and BOARD of | : | |
| SUPERVISORS of ELECTIONS for | : | |
| ANNE ARUNDEL COUNTY, | : | |
|    Defendants | : | |

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 5th day of August, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendants' motion to dismiss is GRANTED; and it is further ORDERED

(2) That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF; and it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE